Sammie JONES, Plaintiff–Appellant,

v.

**UNITED STATES MARSHALS SERVICE, Defendant–Appellee.**

**Sammie Jones, Plaintiff–Appellant,**

v.

**City of Alexandria; Alexandria Police Department; City of Alexandra Library; Kerry J. Donley, Major, Defendants–Appellees.**

Nos. 01–2428, 01–2429.

United States Court of Appeals, Fourth Circuit.

Submitted April 19, 2002.

Decided May 1, 2002.

Sammie Jones, Appellant Pro Se.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Sammie Jones appeals the district court's orders dismissing his civil actions as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B) (West Supp.2001). We have reviewed the records and the district court's opinions and find no reversible error. Accordingly, we affirm both orders on the reasoning of the district court. *See Jones v. United States,* Nos. CA–01–62–MC; CA–01–63–MC (E.D. Va., filed Sept. 5, 2001; entered Nov. 21 & 23, 2001). Additionally, while we grant Jones' motions to proceed in forma pauperis, we deny his motion to subpoena the court reporter, as well as his "Petition for Review," and dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*AFFIRMED.*